IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-002467-BNB

CHARLOTTE TRUJILLO,

    Plaintiff,

v.

SOCIAL SECURITY,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

Plaintiff, Charlotte Trujillo, acting *pro se*, initiated this action by filing a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint. The Court has granted the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

The Court must construe Ms. Trujillo's filings liberally because she is representing herself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be the *pro se* litigant's advocate. *Hall*, 935 F.2d at 1110. For the reasons stated below, Ms. Trujillo will be directed to file an amended complaint.

Ms. Trujillo has failed to complete the Jurisdiction section of the Complaint form. The only statements she provides under the Claims for Relief section is "Denied April 2010," "Denied May 2011," and "Denied May 12, 2012." In the Request for Relief section of the form, Ms. Trujillo states that she has fibermyalgia, osteoarthritis, and COPD and needs help.

The Complaint is deficient because Ms. Trujillo has failed to comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The twin purposes of a complaint are to give the opposing parties fair notice of the basis for the claims against them so that they may respond and to allow the court to conclude that the allegations, if proven, show that the plaintiff is entitled to relief. *See Monument Builders of Greater Kansas City, Inc. v. American Cemetery Ass'n of Kansas*, 891 F.2d 1473, 1480 (10th Cir. 1989). The requirements of Fed. R. Civ. P. 8 are designed to meet these purposes. *See TV Communications Network, Inc. v. ESPN, Inc.*, 767 F. Supp. 1062, 1069 (D. Colo. 1991), *aff'd*, 964 F.2d 1022 (10th Cir. 1992).

Specifically, Rule 8(a) requires that a complaint "contain (1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for the relief sought . . . ." In order for Ms. Trujillo to state a claim in federal court, her "complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." *Nasious v. Two Unknown B.I.C.E. Agents*, 492 F.3d 1158, 1163 (10th Cir. 2007).

Ms. Trujillo will be directed to file an Amended Complaint that complies with the pleading requirements of Fed. R. Civ. P. 8. She must allege under the Jurisdiction section whether she is proceeding under 42 U.S.C. § 405(g) and under the Claims for Relief section a statement of her claims. If she is proceeding pursuant to § 405(g), she must state in the Amended Complaint the date of the Social Security Commissioner's final decision that she is challenging. If Plaintiff asserts jurisdiction under some other

statute she must allege the jurisdictional basis for her claims and allege facts to show that she is entitled to relief.  For the purposes of Rule 8(a), "[i]t is sufficient, and indeed all that is permissible, if the complaint concisely states facts upon which relief can be granted upon any legally sustainable basis."  *Id.*

It is Ms. Trujillo's responsibility to present her claims in a manageable format that allows the Court and the defendants to know what claims are being asserted and to be able to respond to those claims.  Accordingly, it is

ORDERED that **within thirty days from the date of this Order** Ms. Trujillo file an Amended Complaint that complies with Rule 8 of the Federal Rules of Civil Procedure and otherwise complies with the directives of this Order.  It is

FURTHER ORDERED that Ms. Trujillo may obtain copies of the Court-approved Complaint form, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Ms. Trujillo fails, within the time allowed, to file an Amended Complaint as directed the Complaint and the action will be dismissed without further notice.

DATED September 17, 2013, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge